## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**ERIN LEA BARNETT,**

     **Plaintiff,**

**v.**                                        **Case No. 7:20CV663**

**ROANOKE COUNTY SCHOOL BOARD,**

     **Defendant.**

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Erin Lea Barnett (hereinafter, "Ms. Barnett" or "Plaintiff"), by counsel, and submits this Motion for Default Judgment in this matter pursuant to Rule 55(b)(2). Appended to this motion and made a part hereof as **EXHIBIT A** is an affidavit from Ms. Barnett's counsel, Thomas E. Strelka.  As partially provided in that affidavit:

1. Ms. Barnett filed her complaint on November 12, 2020 (Dkt. #1).

2. In response, Defendant filed a motion to dismiss pursuant to Rule 12(b)(6) on December 7, 2020 (Dkt. # 4).

3. This Court entered an Order denying that motion on January 25, 2021 (Dkt. # 14).

4. As of the date of this filing, Defendant has not filed responsive pleadings to Plaintiff's complaint after the Court denied Defendant's motion to dismiss.

5. Pursuant to Rule 12(a)(4)(B), "if the court denies the motion . . . the responsive pleading must be served within 14 days after notice of the court's action."

6. Defendant failed to file responsive pleadings on February 8, 2021 as required by the

1

federal rules.

7.   Ms. Barnett hereby moves the Court to enter default judgment against Defendant as to liability, finding that Defendant violated Ms. Barnett's rights under the Title VII of the Civil Rights Act as alleged in the Complaint.

8.   Ms. Barnett respectfully asks the Court for a hearing to present evidence to establish the amount of damages that she sustained including costs and attorneys' fees incurred.

Respectfully submitted,

**ERIN LEA BARNETT**

_____
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 17, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing to:

Stacey L. Haney, Esq. (VSB 71054)
Haney, Phinyowattanachip, PLLC
11 S. 12th Street, Suite 300C
Richmond, Virginia 23219
Telephone: (804) 500-0301
shaney@haneyphinyo.com
*Counsel for Defendant*


_____
Thomas E. Strelka

3